MATTHEW L. SHARP, ESQ.
Nevada Bar No. 4746
**MATTHEW L. SHARP, LTD.**
432 Ridge Street
Reno, NV 89501
(775) 324-1500; Fax: (775) 284-0675
matt@mattsharplaw.com

ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
CASSANDRA S.M. CUMMINGS, ESQ.
Nevada Bar No. 11944
**EGLET ADAMS**
400 S. Seventh St., Suite 400
Las Vegas, NV  89101
(702) 450-5400; Fax: (702) 450-5451
eservice@egletlaw.com

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT NEVADA

| | |
|---|---|
| KEVIN O'DONNELL, individually and on behalf of all those similarly situated, | Case No.  2:21-cv-00613-RFB-BNW |
| Plaintiffs, | |
| vs. | **STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT (First Request)** |
| GEICO ADVANTAGE INSURANCE COMPANY, GEICO CASUALTY COMPANY, GEICO CHOICE INSURANCE COMPANY, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO SECURE INSURANCE COMPANY, and DOES 1 through 10, | |
| Defendants. | |

COME NOW Plaintiff Kevin O'Donnell ("Plaintiff) and Defendants Geico Advantage Insurance Company, Geico Casualty Company, Geico Choice Insurance Company, Geico General Insurance Company, Geico Indemnity Company, Geico Secure Insurance Company, and Does 1 through 10, (collectively, "Defendants"), by and through their respective attorneys of

record herein stipulate, agree, and make joint application to extend the time for Plaintiff to file an Opposition to Defendants' Motion to Dismiss Amended Complaint as follows:

WHEREAS Defendants filed a Motion to Dismiss Amended Complaint on June 24, 2022;

WHEREAS Plaintiff's response is due on July 8, 2022;

WHEREAS since Plaintiff has a trial in federal court beginning on July 5, 2022, the parties have agreed that the proposed modifications to the briefing schedule will not prejudice any party to this action;

WHEREAS this is the first stipulation for an extension of time in this case.

Accordingly, Plaintiff and Defendants hereby move the Court to grant an order as follows:

1.     Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint is due on or before August 15, 2022,

2.     Defendants' Reply in Support of their Motion to Dismiss Amended Complaint is due on or before August 30, 2022.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    The parties respectfully request that the Court so orders.

2    DATED this 8th day of July 2022.     DATED this 8th day of July 2022.

3    **MATTHEW L. SHARP, LTD.**    **DUANE MORRIS LLP**

4    _____/s/ Matthew L. Sharp_____    _____/s/ Damon N. Vocke_____
     MATTHEW L. SHARP, ESQ.    DAMON N. VOCKE, ESQ.
5    Nevada Bar No. 4746    *Admitted pro hac vice*
     432 Ridge Street    1540 Broadway
6    Reno, NV 89501    New York, NY 10036-4086
7    matt@mattsharplaw.com    dnvocke@duanemorris.com
     *Attorneys for Plaintiffs*    *Attorneys for Defendants*

8
         DATED this 8th day of July 2022.
9    DATED this 8th day of July 2022.

10   ROBERT T. EGLET, ESQ.    DANIEL B. HEIDTKE, ESQ.
     Nevada Bar No. 3402    Nevada Bar No. 12975
11   CASSANDRA S.M. CUMMINGS, ESQ.    100 North City Parkway, Ste. 1560
     Nevada Bar No. 11944    Las Vegas, NV 89106
12   **EGLET ADAMS**    dbheidtke@duanemorris.com
     400 S. Seventh St., Suite 400    *Attorneys for Defendants*
13   Las Vegas, NV 89101
     eservice@egletlaw.com
14   *Attorneys for Plaintiffs*

15   **ORDER**

16       Upon the Stipulation of the Parties herein, IT IS ORDERED:

17       1.    Plaintiff's Response to Defendants' Motion to Dismiss Amended Complaint is due

18   on or before August 15, 2022.

19       2.    Defendants' Reply in Support of Their Motion to Dismiss Amended Complaint is

20   due on or before August 30, 2022.

21       Dated this 11th day of July 2022.

22

23   RICHARD F. BOULWARE, II
24   United States District Court

25

26

27

28

3

1

**<u>CERTIFICATE OF SERVICE</u>**

2    Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP,

3 LTD., and that on this date I electronically filed the foregoing with the Clerk of the Court by

4 using the CM/ECF system which will send a notice of electronic filing to:

5    Duane B. Heidtke, Esq.at dbheidtke@duanemorris.com
    Damon N. Vocke, Esq. at dnvocke@duanemorris.com

6

7      DATED this 8th day of July 2022.

8

             /s/ Suzy Thompson

9            An Employee of Matthew L. Sharp, Ltd.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28