Damon N. Vocke (*admitted pro hac vice*)
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
e-mail: dnvocke@duanemorris.com

Daniel B. Heidtke (SBN 12975)
**DUANE MORRIS LLP**
100 North City Parkway, Ste. 1560
Las Vegas, Nevada 89106
Telephone: +1 702 868 2600
Facsimile: 1 702 868 2601
e-mail: dbheidtke@duanemorris.com

Attorneys for Defendants GEICO Advantage Insurance Company, GEICO Casualty Company, GEICO Choice Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, and GEICO Secure Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CARLO CANNUSCIO, KEVIN O'DONNELL, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, GEICO CASUALTY COMPANY, GEICO CHOICE INSURANCE COMPANY, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY, AND GEICO SECURE INSURANCE COMPANY, DOES 1 through 10,<br><br>Defendants. | Case No.: 2:21-cv-00613-MMD-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT (FIRST REQUEST)** |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiffs Carlo Cannuscio and Kevin O'Donnell ("Plaintiffs") and Defendants GEICO ADVANTAGE INSURANCE COMPANY, GEICO CASUALTY COMPANY, GEICO CHOICE INSURANCE COMPANY, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY, AND GEICO SECURE INSURANCE COMPANY (collectively, "Defendants"), by and through their attorneys, agree as follows:

WHEREAS, Plaintiffs filed this action in state court on February 23, 2021;

WHEREAS, Defendants removed this action from state court to federal court on April 14, 2021;

WHEREAS, after full-briefing, the Court granted Defendants' motion to dismiss Plaintiffs' complaint and dismissed with prejudice all claims, and dismissed without prejudice Plaintiffs' breach of implied covenant of good faith and fair dealing claim, tortious bad faith claim, and Deceptive Trade Practices Act claim.  The Court granted Plaintiffs leave to file an amended complaint (ECF No. 24);

WHEREAS, Plaintiffs filed an amended complaint (ECF No. 28) and Defendants filed a motion to dismiss Plaintiffs' amended complaint (ECF No. 29);

WHEREAS, on December 13, 2022, the Court granted in part and denied in part Defendants' motion to dismiss, and dismissed with prejudice Plaintiffs' contractual and tortious breach of the implied covenant of good faith and fair dealing claims (ECF No. 38);

WHEREAS, in light of the Court's order granting Defendants' motion to dismiss and pursuant to Fed. R. Civ. P. 12(a)(4), Defendants' answer to Plaintiffs' amended complaint was due on or before December 27, 2022;

WHEREAS, Defendants requested and Plaintiffs agreed that Defendants may have until January 26, 2023, to file their answer to Plaintiffs' amended complaint;

WHEREAS, the failure to submit this stipulated request to extend Defendants' deadline to answer Plaintiffs' complaint prior to the original December 27, 2022 deadline was due to competing and conflicting schedules and the intervening holidays, and excusable neglect;

WHEREAS, the Court previously granted an extension to respond to Plaintiff's complaint, and this is the first request to extend the time for Defendants to respond to Plaintiffs' amended complaint; and

WHEREAS, the Parties agree and respectfully request, that the Court enter an order setting January 26, 2023 as Defendants' deadline to answer Plaintiffs' amended complaint.

SO STIPULATED.

DATED this 3rd day of January, 2023.

| | |
|---|---|
| /s/ Danielle C. Miller | /s/ Daniel B. Heidtke |
| Robert T. Eglet (SBN 3402) | Damon N. Vocke (*admitted pro hac vice*) |
| Tracy A. Eglet (SBN 6419) | Daniel B. Heidtke (SBN 12975) |
| Danielle C. Miller (SBN 9127) | DUANE MORRIS LLP |
| EGLET ADAMS | |
| | *Attorneys for Defendants* |
| Matthew L. Sharp (SBN 4746) | |
| MATTHEW L. SHARP, LTD. | |
| *Attorneys for Plaintiffs* | |

### ORDER

**IT IS SO ORDERED**

**DATED:** 4:05 pm, January 04, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I certify that on the date below, I caused a true and correct copy of the foregoing to be served on the following individuals on January 3, 2023 in the manner indicated:

| | |
|---|---|
| Robert T. Eglet<br>Tracy A. Eglet<br>Danielle C. Miller<br>Eglet Adams<br>400 S. Seventh St., Suite 400<br>Las Vegas, NV 89101<br>Tel. 702.450.5400<br>e-mail: eservice@egletlaw.com | ☐ Via Messenger<br>☐ Via Fax<br>☒ Via U.S. Mail<br>☐ Via ECF Notification<br>☒ Via Email<br>☐ Via Overnight Delivery |

Matthew L. Sharp
Matthew L. Sharp, Ltd.
432 Ridge Street
Reno, NV 89501
Tel. 775.324-1500

*Attorney for Plaintiffs*

DATED this 3rd day of January, 2023.

                                   */s/ Daniel B. Heidtke*
                                   Daniel B. Heidtke