MATTHEW L. SHARP, ESQ.
Nevada Bar No. 4746
**MATTHEW L. SHARP, LTD.**
432 Ridge Street
Reno, NV 89501
(775) 324-1500; Fax: (775) 284-0675
matt@mattsharplaw.com

ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
CASSANDRA S.M. CUMMINGS, ESQ.
Nevada Bar No. 11944
**EGLET ADAMS**
400 S. Seventh St., Suite 400
Las Vegas, NV  89101
(702) 450-5400; Fax: (702) 450-5451
eservice@egletlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN O'DONNELL, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, GEICO CASUALTY COMPANY, GEICO CHOICE INSURANCE COMPANY, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO SECURE INSURANCE COMPANY, and DOES 1 through 10,<br><br>Defendants. | Case No.  2:21-cv-00613-MMD-BNW |

## **STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff Kevin O'Donnell, by and through his attorneys of record, and Defendant Geico Advantage Insurance Company, Geico Casualty Company, Geico Choice Insurance Company,

1  Geico General Insurance Company, Geico Indemnity Company, Geico Secure Insurance
2  Company hereby stipulate that Plaintiff's action against Defendant is dismissed with prejudice
3  and with each party to bear their own attorney fees, costs and expenses.

DATED this 3rd day of April 2023.                    DATED this 3rd day of April 2023

By:    /s/ Matthew L. Sharp                          By:    /s/ Duane B. Heidtke
    Matthew L. Sharp, Esq.                              Duane B. Heidtke, Esq.
    **MATTHEW L. SHARP, LTD.**                          DUANE MORRIS LLP
    432 Ridge Street                                    100 North City Parkway, Suite 1560
    Reno, NV  89501                                     Las Vegas, NV 89106
    (775) 324-1500                                      dbheidtke@duanemorris.com
    matt@mattsharplaw.com
                                                        Damon N. Vocke, Esq.
    Robert T. Eglet, Esq.                               DUANE MORRIS LLP
    **EGLET ADAMS**                                     1540 Broadway
    400 S. Seventh St., Suite 400                       New York, NY  10036
    Las Vegas, NV  89101                                dnvocke@duanemorris.com
    (702) 450-5400
    eservice@egletlaw.com                               *Attorneys for Defendants*
    *Attorneys for Plaintiffs*

---

# **ORDER**

**IT IS SO ORDERED:**

DATED this  3rd  day of    April    , 2023.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP, LTD., and that on this date, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Duane B. Heidtke, Esq.
DUANE MORRIS LLP
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
dbheidtke@duanemorris.com

Damon N. Vocke, Esq.
DUANE MORRIS LLP
1540 Broadway
New York, NY  10036
dnvocke@duanemorris.com

*Attorneys for Defendants*

DATED this 3rd day of April 2023.

/s/ Suzy Thompson
An Employee of Matthew L. Sharp, Ltd.